IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY A. BUDMAN,** | : | No. 3:13cv1034 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner** | : | |
| **of Social Security,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 24th day of April 2014, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's report and recommendation (Doc. 15) is **ADOPTED**;

2. The plaintiff's objections to the report and recommendation (Doc. 16) are **OVERRULED**;

3. The decision of the Commissioner of Social Security denying plaintiff's disability insurance benefits is **AFFIRMED** and the plaintiff's appeal is **DENIED**;

4. The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Rory A. Budman; and

5. The Clerk of Court is directed to close this case.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**